-1-

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT**

UNITED STATES OF AMERICA,

      Plaintiff,                             Case No. 2:25-cr-20422
                                        Hon. Matthew F. Leitman

v.

VINCENT EDWARDS,

      Defendant.

_____/

## ORDER MODIFYING BOND CONDITIONS

This matter has been brought to the Court on Defense Counsel's Motion to Modify Bond Conditions and the Court fully advised:

**IT IS HEREBY ORDERED**: For all these reasons and the reasons stated on the record, the Court will modify Mr. Edwards Bond from home incarceration to home detention with the following restrictions where he is restricted to his residence at all times, except for employment; education; religious services; medical, substance use or mental health treatment; attorney visits; court appearances; court-ordered obligations; or essential activities approved in advance by the court or pretrial services office or supervising officer.

      **IT IS ORDERED.**

                                   s/Matthew F. Leitman_____
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated:  February 6, 2026

Approved as to form by the Attorneys for the Government and Defense.

-1-